IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARL GOLDSTEIN, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| THE M SHERWIN LIVING TRUST, et al., | ) | NOTICE OF REMOVAL |
| | ) | |
| Defendants. | ) | |

Now comes Defendant, Secretary for the Department of Housing and Urban Development (hereinafter "United States"), by and through Michelle M. Baeppler, First Assistant United States Attorney, and Renée A. Bacchus, Assistant United States Attorney, and respectfully states as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1442(a)(1), for disposition of Plaintiff's Complaint, which is currently pending in the Cuyahoga County Court of Commons Pleas, Case No. CV-22-967683, captioned *Carl Goldstein v. The M. Sherwin Living Trust, et al.* (A copy of the complaint is attached hereto as Exhibit A.)

2. Plaintiff filed this case on or about August 20, 2022. According to the Court of Common Pleas Docket, an amended complaint and summons was issued for service upon the U.S. Attorney's Office and the Attorney General of the United States of America on or about April 6, 2023. No Summons was issued for the Secretary of Housing and Urban Development. The U.S. Attorney's Office did receive the complaint via certified mail on April 10, 2023. However, no summons was attached. Therefore, service of process upon the United States is defective.

3. Plaintiff's Amended Complaint sets forth a cause of action for abatement of a public nuisance pursuant to Ohio Rev. C. §3767(A)(2), injunction, and request for receivership. (See

Compl., p. 2, attached hereto.)  Plaintiff's Amended Complaint further alleges that Defendant United States "may have or claim to have some interest in the Property by virtue of an Assignment of Mortgage …."[1]  (See, Compl. ¶ 5, p. 3.)  Therefore, this action may be removed to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. 1441(a) and 1442(a)(1).

4. This Notice of Removal is being filed on May 4, 2023.  Thus, this notice is timely, proper, and in accordance with the provisions of 28 U.S.C. §1446(d).

5. The filing of this Notice of Removal does not waive any defects in service of process.

    Respectfully submitted,

    MICHELLE M. BAEPPLER
    First Assistant United States Attorney

    *s/ Renée A. Bacchus*
    Renée A. Bacchus (0063676)
    Assistant United States Attorney
    801 W. Superior Avenue, Suite 400
    Cleveland, OH  44113
    216-622-3707 – Bacchus
    216-522-4982 – fax
    Renee.Bacchus@usdoj.gov
    *Attorney for Secretary of HUD*

---

[1] Plaintiff's Amended Complaint fails to set forth the statutory basis for subject matter jurisdiction for his claims against the United States.

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Removal was filed electronically through the Court's electronic docketing system and a true and accurate copy of the Notice of Removal was served, via regular U.S. Mail, postage pre-paid, or by Email on May 4, 2023, upon:

Spyridon Sintsirmas
Sintsirmas and Mueller Lpa Co.
26361 Curtis Wright Parkway
Cleveland, OH  44143
E-Mail: ssintsirmas@samimlaw.com
Attorney for Plaintiff

The M Sherwin Living Trust
AKA Marion Sherwin (Sole Trustee)
3256 Dellwood Road
Cleveland Heights, OH  44118
Defendant

The Unknown Spouse of Marion Sherwin
3256 Dellwood Road
Cleveland Heights, OH  44118
Defendant

The Unknown Heirs of Marion Sherwin
3256 Dellwood Road
Cleveland Heights, OH  44118
Defendant

City of Cleveland Heights
40 Severance Circle
Cleveland Heights, OH  44118
Defendant

Treasurer Cuyahoga County
2079 East 9th Street
Cleveland, OH  44115
Defendant

s/ *Renée A. Bacchus*
Renée A. Bacchus
Assistant United States Attorney